UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL DIEDERICH, JR.,

        Plaintiff,

    -v-

FORD HARRISON LLP, et al.,

        Defendants.

---

26-cv-2132 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Upon joint application of the parties, the Court directs defendants to file under seal the state court complaint in this removed action and to file publicly a redacted version of the complaint with any references to confidential settlement information removed. Redactions should accord with this Court's order in the related action, Rasmy v. Marriott International, Inc. See ECF No.344, No. 16-cv-4865.

Additionally, upon joint application of the parties, the Court extends the time for defendants Ford Harrison LLP, Mark Saloman, Andrea Moss, and Moss & Byrnes, PLLC to respond to the complaint until April 6, 2026.

    SO ORDERED.

New York, NY
March 19, 2026

_____
JED S. RAKOFF, U.S.D.J.

1