UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHAEL DIEDERICH, JR.,

                         Plaintiff,

-against-

FORD HARRISON, LLP, MARK SALOMAN,
ANDREA MOSS, MOSS & BYRNES, PLLC,
and GEBRIAL RASMY,

                         Defendants.
------------------------------------------------------------------x

*ORDER AUTHORIZING
ALTERNATIVE SERVICE OF
SUMMONS & COMPLAINT*

26 Civ. 2132 (JSR)

    It is hereby ORDERED, pursuant to CPLR § 308(5) and/or FRCP Rule 4(f)(3), that service of the Summons and Complaint in this federal action (removed from N.Y.S. Supreme Court, Rockland County, index no. 031277/2026) may be served by Plaintiff upon Defendant Gebrial Rasmy as follows:

    a) By email to his last known email address, namely, gebrial1962@yahoo.com , with copy emailed to his counsel of record in *Rasmy v. Marriott et al*, namely, Andrea Moss, Esq., andrea@mossbyrnes.com .

    b) By texting Mr. Rasmy his last known cell phone number, 973-440-7465, as follows: "A lawsuit has been filed against you. Contact Attorney Andrea Moss for necessary information."

    It is further ORDERED that Mr. Rasmy telephonically attend the Initial Pretrial Conference scheduled for 4/27/2026 at 11:15 AM before Judge Jed S. Rakoff. The public and parties may access this proceeding by dialing: USA toll free 855-244-8681, Access code 2317 432 3257.

    A copy of this Order shall also be served by email upon Mr. Rasmy and Attorney Moss.

                       *So ordered:*

                       _____
                       HON. JED S. RAKOFF
                       U.S. DISTRICT JUDGE
                       4-7-26