UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DIEDERICH, JR.,

       Plaintiff,

    -v-

FORD HARRISON LLP, et al.,

       Defendants.

26-cv-2132 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Upon defendant Gebrial Rasmy's application, the Court hereby extends Mr. Rasmy's time to respond to the complaint until June 2, 2026, to give Mr. Rasmy time to secure counsel. Mr. Rasmy is directed to provide the Court with an update by no later than June 1, 2026, if he has been unable to secure counsel by that date.

The dates for defendants Ford Harrison LLP, Mark Saloman, Andrea Moss, and Moss & Byrnes PLLC's anticipated motions to dismiss, which were set at the initial pretrial conference held on April 27, 2026, are as follows:

- Moving papers due May 11, 2026;

- Opposition due May 21, 2026;

- Replies due May 28, 2026.

SO ORDERED.

New York, NY
May 4, 2026

JED S. RAKOFF, U.S.D.J.

1